IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Mary E. Myers, by and through her attorney-in-fact, Karl Myers, | ) ) ) |
| Plaintiff, | ) C/A No.: 3:11-cv-02694-JFA ) ) |
| vs. | ) **ORDER** ) |
| Life Care Centers of America, Inc., | ) ) |
| Defendant. | ) ) ) |

This matter comes before the Court *sua sponte* to determine whether jurisdiction is proper in this case. The Court has reviewed the complaint and the stipulation of the parties that the damages in this case do not exceed Seventy-five Thousand and 00/100 Dollars ($75,000) and hereby finds that the jurisdictional amount required for this Court to have proper diversity jurisdiction has not been met in this case. *See* 28 U.S.C. § 1332(a). Accordingly, the action is remanded to the Richland County Court of Common Pleas. A certified copy of this order of remand shall be sent by the Clerk of this court to the Clerk of the Court of Common Pleas, Richland County, Fifth Judicial Circuit of South Carolina.

IT IS SO ORDERED.

October 12, 2011                             Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge